IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE MANUEL GONZALEZ MIYAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:26-CV-1501-G-BW |
| SFR OWNER ML BORROWER LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,* in accordance with 28 U.S.C. § 636(b)(1), the District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. Accordingly, the defendant's Motion for Leave to Designate Responsible Criminal Third Party or Parties (docket entry 11) is **GRANTED** to the extent the defendant is granted leave to designate Ledavion Sockwell as a responsible third party pursuant to Chapter 33, Texas Civil Practice & Remedies Code, and **DENIED** in all other respects.

---

* No objections were filed.

**SO ORDERED**.

August 18, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**